## No. 10,582
## Orleans

## CARRICK v. N. O. PUB. SERVICE, INC.

(February 25, 1929. Opinion and Decree.)

H. W. Kaiser and Martin H. Manion, of

New Orleans, attorneys for plaintiff, appellant.

Ivy G. Kittredge, of New Orleans, attorney for defendant, appellee.

JANVIER, J. This is a suit by the mother of a small boy who was killed in a street railway accident. In the case of the father, decided by this court today (No. 10581) 120 So. 483, we held the defendant company was not liable.

For the reasons assigned in that case it is ordered, adjudged and decreed that the judgment appealed from be affirmed.